| | |
|---|---|
| DEFENDANT: | ALEXANDRIA PAIGE EMERSON-BROWN |
| AGE or YOB: | 1994 |
| COMPLAINT FILED? | _____ Yes     \_\_\_X\_\_\_ No |
| OFFENSE(S): | Count 1: Conspiracy to Defraud the United States, 18 U.S.C. § 371 |
| LOCATION OF OFFENSE: | Fremont County, Colorado |
| PENALTY: | Count 1: NMT 5 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| AGENT: | Special Agent Eric McGuire<br>Special Agent Amber Cronan<br>FBI |
| AUTHORIZED BY: | E. Garreth Winstead<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; \_\_\_ over five days

THE GOVERNMENT

 X    will seek detention in this case under 18 USC 3142(f)(2)

The statutory presumption of detention *is not* applicable to this defendant.