| Query | Reports | Utilities | Help | What's New | Log Out |

CLOSED

# U.S. District Court
## Northern District of Iowa (Cedar Rapids)
### CRIMINAL DOCKET FOR CASE #: 1:23-mj-00060-MAR-1

| | |
|---|---|
| Case title: USA v. Emerson-Brown | Date Filed: 04/05/2023 |
| Other court case number: 23-cr-101 USDC District of Colorado | Date Terminated: 04/06/2023 |

Assigned to: Magistrate Judge Mark A Roberts

**Defendant (1)**

**Alexandria Paige Emerson-Brown**  represented by  **Zachary D Crowdes**
*TERMINATED: 04/06/2023*                              Federal Public Defender's Office
                                                      222 Third Avenue SE
                                                      Suite 290
                                                      Cedar Rapids, IA 52401
                                                      319 363 9540
                                                      Email: zach_crowdes@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: Public Defender or Community Defender Appointment

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                        **Disposition**
None

**Plaintiff**

**USA**  represented by  **Ashley L Corkery**
                         United States Attorney's Office
                         111 7th Avenue SE
                         Box 1
                         Cedar Rapids, IA 52401
                         319 363 6333
                         Email: Ashley.Corkery@usdoj.gov
                         *LEAD ATTORNEY*
                         *ATTORNEY TO BE NOTICED*
                         Designation: Retained

| Date Filed | # | Docket Text |

| | | |
|---|---|---|
| 04/05/2023 | 1 | Rule 5(c)(3) Documents Received from USDC District of Colorado as to Defendant Alexandria Paige Emerson-Brown. (Attachments: # 1 Sealed Warrant) (pac) (Entered: 04/05/2023) |
| 04/05/2023 | | Attorney update in case as to Defendant Alexandria Paige Emerson-Brown: Attorney Zachary D Crowdes for Alexandria Paige Emerson-Brown added pursuant to the CJA Panel Administrator under the direction of Magistrate Judge Mark A Roberts. (pac) (Entered: 04/05/2023) |
| 04/06/2023 | 2 | ORDER SETTING HEARING as to Defendant Alexandria Paige Emerson-Brown: Initial Appearance - Rule 5(c)(3) set for 4/6/2023 11:00 AM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 4/5/2023. (jag) (Entered: 04/06/2023) |
| 04/06/2023 | 3 | ORDER Appointing Federal Public Defender as to Defendant Alexandria Paige Emerson-Brown: Zachary D Crowdes appointed. Financial Affidavit due by 4/20/2023. Signed by Magistrate Judge Mark A Roberts on 4/6/2023. (pac) (Entered: 04/06/2023) |
| 04/06/2023 | 4 | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Initial Appearance in Rule 5(c)(3) Proceedings as to Defendant Alexandria Paige Emerson-Brown held on 4/6/2023. Attorney Zachary D Crowdes for defendant. Defendant released. Official Court Record: FTR Gold. (pac) (Entered: 04/06/2023) |
| 04/06/2023 | 5 | ORDER Pursuant to the Due Process Protections Act as to Defendant Alexandria Paige Emerson-Brown. Signed by Magistrate Judge Mark A Roberts on 4/6/2023. (pac) (Entered: 04/06/2023) |
| 04/06/2023 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Defendant Alexandria Paige Emerson-Brown. (pac) (Entered: 04/06/2023) |
| 04/06/2023 | 7 | APPEARANCE BOND AND ORDER Setting Conditions of Release as to Defendant Alexandria Paige Emerson-Brown. Signed by Magistrate Judge Mark A Roberts on 4/6/2023. (pac) (Entered: 04/06/2023) |
| 04/06/2023 | 8 | ORDER Requiring Defendant to Appear as to Defendant Alexandria Paige Emerson-Brown: Defendant to appear in the District of Colorado on 4/18/2023 at 10:00 AM. Signed by Magistrate Judge Mark A Roberts on 4/6/2023. (pac) (Entered: 04/06/2023) |
| 04/06/2023 | 9 | SEALED Pretrial Services Report as to Defendant Alexandria Paige Emerson-Brown PLEASE NOTE: The Pretrial Services Report shall be used for the purposes of bail determination only and shall remain confidential as provided in Title 18 U.S.C. Section 3153(c)(1). The Pretrial Services Report is not public record and shall not be reproduced or disclosed to any other party (Moser, Amy) (Entered: 04/06/2023) |