# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDRIA PAIGE EMERSON-BROWN,<br><br>    Defendant. | No. 23-mj-60-MAR<br><br>**ORDER SCHEDULING INITIAL APPEARANCE** |

_____

The initial appearance for the above defendant will take place before the undersigned on **Thursday, April 6, 2023 at 11:00 a.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 5th day of April, 2023.

_____

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa