# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. ALEXANDRIA PAIGE EMERSON-BROWN, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 1:23-mj-60-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold    Contract? --<br>Contact Information: -- |

| Date: | 4/6/2023 | Start: | 11:13 AM | Adjourn: | 11:34 AM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Ashley L. Corkery and SAUSA Devra Hake | | | | | | | |
| | Defendant(s): | AFPD Zachary D. Crowdes (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Amy Moser | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | Contested? No | Continued from a previous date? | No |
| Date of indictment: | -- | | |
| Was defendant *Mirandized*? | Yes | | |
| Defendant pleaded | -- | | |
| Counsel: | Retained X | Appointed (FPD or CJA Panel): | FPD: Zachary D. Crowdes |
| Stipulation to discovery plan? -- | Did defendant provide financial affidavit? | No | |
| Did the government move for detention? | No | Was the defendant detained? | No |
| Identity hearing: | Waived | | |
| Preliminary hearing: | -- | | |
| Detention hearing: | -- | | |
| **Witness/Exhibit List is** | -- | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Case arises out of the USDC District of Colorado, case number 23-cr-101.<br><br>Defendant acknowledges she is the person named in the indictment.<br><br>Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court.<br><br>Defendant released under the terms/conditions of the Court's release order.<br><br>Defendant is directed to appear in the District of Colorado in Denver CO on April 18, 2023 at 10:00 AM. |
|---|---|

Page **1** of 1