IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-CR-101-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALEXANDRIA PAIGE EMERSON-BROWN,

       Defendant.
_____

**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**
_____

Before the Court is the Alexandria Emerson-Brown's ore tenus motion to modify the conditions of her pretrial release to allow Ms. Emerson-Brown to travel out of state for the purpose of fulfilling her duties as a member of the United States Air Force Reserve. The government does not oppose this request. The Court hereby orders as follows:

1. Ms. Emerson-Brown's request to modify the conditions of pretrial release as stated on the record on April 18, 2023 is GRANTED.

2. Ms. Emerson-Brown shall be permitted to travel to Minnesota to report for military service with the United States Air Force Reserve. Ms. Emerson-Brown

must notify her supervising probation officer of her travel plans prior to leaving the state where she resides.

DATED this 18th day of April, 2023.

BY THE COURT:

____s/James P. O'Hara_____

HON. JAMES P. O'HARA

United States Magistrate Judge