IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00101-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEXANDRIA PAIGE EMERSON-BROWN,

      Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA GRADY
      Federal Public Defender


      *s/ Kristin Whitaker*
      KRISTIN WHITAKER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Kristin_Whitaker@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edwin Garreth Winstead, III, Assistant United States Attorney
    Email:  garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alexandria Paige Emerson-Brown          *copy to file*


    s/ Kristin Whitaker
    KRISTIN WHITAKER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX: (303) 294-1192
    Kristin_Whitaker@fd.org
    Attorney for Defendant