# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-CR-00101-NYW

UNITED STATES OF AMERICA,

 Plaintiff,

v.

 ALEXANDRIA PAIGE EMERSON-BROWN,

 Defendant.

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 21st day of April, 2023.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By: *s/ Albert Buchman*
  Assistant United States Attorney
  United States Attorney's Office
  1801 California Street, Suite 1600
  Denver, Colorado 80202
  Telephone: (303) 454-0100
  E-mail: al.buchman@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of April, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/ Lauren Timm*
      Lauren Timm
      *United States Attorney's Office*
      Legal Assistant