PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

[✓] **Original Notice**
Date: 04/28/2023
By: s/ A. García Gallegos

[ ] **Notice of Disposition**
Date:
By:

Defendant: Alexandria Paige Emerson Brown
Date of Birth: ▓▓ 1994
SSN:

Case Number: 23-cr-00101-NYW
Place of Birth: California, USA

**Notice of Court Order** (Order Date: 04/06/2023 )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number A01548421 and/or passport card number _____ to the custody of the U.S. District Court on 04/17/2023.
Submitted originally to Northern District of Iowa.

### NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.
[ ] Defendant not convicted – Document returned to defendant.
[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court