IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00101-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ALEXANDRIA EMERSON-BROWN,**

        **Defendant.**

---

**UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE, TRIAL PREPARATION CONFERENCE, AND TRIAL DATE**

---

MS. EMERSON-BROWN, by and through her attorney, Kristin Whitaker, moves to continue the deadline for the filing of pretrial motions (currently May 16, 2023), the trial preparation conference (currently June 9, 2023), and the trial date (currently June 12, 2023) by 60 days. The ends of justice served by this requested continuance outweigh the best interests of the public and the defendant in a speedy trial. This motion is unopposed by the government.

1. On April 4, 2023, the government filed an indictment against Ms. Emerson-Brown, alleging one count of *Conspiracy to Defraud the United States*, pursuant to 18 U.S.C. § 371. *See* Doc. 1.

2. On April 6, 2023, the parties appeared before the Court in the Northern District of Iowa. *See* Doc. 6. At that time, the Court released Ms. Emerson-Brown with conditions and required her to appear in the District of Colorado. *See* Doc. 6-7.

3. On April 18, 2023, the parties appeared before the Court in the District of Colorado for an initial appearance, arraignment, and discovery conference. *See* Doc. 9-12. In addition, the Court slightly modified release conditions. *See* Doc. 12.

4. On April 25, 2023, the Court set a pretrial motions deadline of May 16, 2023, a trial preparation conference on June 9, 2023, and a five-day jury trial to commence on June 12, 2023. *See* Doc. 16.

5. Due to the complex nature of the case and voluminous discovery, including financial documents, intermixed with sensitive and personal identifying information, the government is still in the process of reviewing discovery and has been unable to disclose discovery materials. Discovery is forthcoming, and the government anticipates it will be comprised of tens of thousands of pages of material.

6. Undersigned counsel has begun a review of the case, but additional time is necessary prior to the motions deadline and trial to complete additional investigation.

7. Undersigned counsel must conduct related legal research.

8. Throughout this process, undersigned counsel must consult with Ms. Emerson-Brown and provide effective assistance of counsel.

9. Undersigned counsel informed Ms. Emerson-Brown of the present motion. She has no objection to the requested continuance of the motions deadline, trial preparation conference, and trial date.

10. Undersigned counsel also informed government counsel of the present motion. He has no objection to the requested continuance of the motions deadline, trial preparation conference, and trial date.

11. The present motion is the first request for additional time.

For the reasons stated above, undersigned counsel requests that the Court extend the motions deadline, trial preparation conference, and trial date by approximately 60 days, pursuant to the satisfied criteria in 18 U.S.C. § 3161(h)(7).

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/ Kristin Whitaker*
        KRISTIN WHITAKER
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Kristin_Whitaker@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE, TRIAL PREPARATION CONFERENCE, AND TRIAL DATE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Garreth Winstead
> Assistant U.S. Attorney
> Email:  Garreth.Winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Alexandria Emerson-Brown (via email)

> *s/ Kristin Whitaker*
> KRISTIN WHITAKER
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Email:  Kristin_Whitaker@fd.org
> Attorney for Defendant

4