IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00101-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALEXANDRIA PAIGE EMERSON-BROWN,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER comes before the Court on the Government's Unopposed Motion for Protective Order. Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The following information is "Protected Information" subject to this Order: (1) third-party personal identifying information produced in discovery in this case, including dates of birth, government-issued identification numbers, employer or taxpayer identification numbers, addresses, phone numbers, and financial account information, and (2) sensitive law enforcement information related to the inmate involved in the case, sensitive aspects of the Administrative Maximum Facility at U.S.P. Florence, and the administration of Special Administrative Measures ("SAMs"), (together, the "Protected Information").

1

2. The Protected Information produced to the Defendant in this case may be disclosed only to defense counsel and their staff, the Defendant (subject to the conditions set forth in paragraph 3), and any retained defense experts (subject to the conditions set forth below). Those persons shall keep the Protected Information in strict confidence and may use the Protected Information exclusively in connection with this case, and for no other purpose. The protected information may not be disclosed to third parties.

3. Counsel shall ensure that all persons who receive the Protected Information are provided a copy of and read the Court's order and are informed of their responsibility to safeguard the information and to protect it from further dissemination.

4. Defense counsel may provide the Defendant with the Protected Information.

5. If a document containing Protected Information is filed with the Court, the filing party must either redact the Protected Information from the Document or, if the Protected Information is material to the Court's determination, shall file the document as restricted at Level 3. The Clerk shall accept for filing as restricted any such filings by the parties without the filing of a separate motion to restrict.

6. At the conclusion of this case, defense counsel (1) will collect the Protected Information from all authorized persons to whom that information has been disclosed, and (2) defense counsel shall maintain all Protected Information in a secure manner as part of the case file and for use only in connection with this case.

7. Nothing in the order shall prevent any party from seeking modification of the order or from objecting to discovery that it believes to be otherwise improper.

8. The order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

DATED: May 8, 2023

BY THE COURT:

_____
Nina Y. Wang
United States District Judge